# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-3280
_____

United States of America

*Plaintiff - Appellee*

v.

Lester Rockett

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Central
_____

Submitted: May 5, 2022
Filed: May 10, 2022
[Unpublished]
_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Lester Rockett received a 168-month prison sentence after he pleaded guilty to distributing and conspiring to distribute methamphetamine. *See* 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 846. In an *Anders* brief, Rockett's counsel suggests that the sentence is substantively unreasonable. *See Anders v. California*, 386 U.S. 738 (1967).

We conclude that Rockett's sentence is reasonable. *See United States v. McKanry*, 628 F.3d 1010, 1022 (8th Cir. 2011) (recognizing that "it is nearly inconceivable that" once a district court has varied downward, it "abuse[s] its discretion in not varying downward [even] further" (quotation marks omitted)). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc).

We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82-83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.